THE PEOPLE ex rel. PHILANDER ELLITHORPE, Appellant, *v.*
CHARLES BECKWITH et al., Respondents.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, made March 25, 1890,
which affirmed an order of Special Term, denying an application
for a peremptory writ of mandamus directed to the judges
of the Superior Court of Buffalo, requiring them to rescind
their action in removing the relator from the office of crier of
said court.

*H. J. Swift* for appellant.

*Adelbert Moot* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. DONALD McQUIEN, Appellant, *v.* THE
THEATRICAL MECHANICAL ASSOCIATION, Respondent.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made at the January
term, 1890, which reversed an order of Special Term denying
a motion for a mandamus to compel defendant to reinstate the
relator as a member.

*Benjamin Steinhardt* for appellant.

*Smith Tuttle* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.